

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY, )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>EAST LAKE ELECTRIC COMPANY, INC., et al., )<br>)<br>Defendants ) | Case No. 2:09-cv-00266-IPJ |

# **O R D E R**

On May 26, 2010, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. Defendant Freddy Rutkowski filed objections to the report and recommendation on June 9, 2010; defendant East Lake Electric Co., Inc., filed objections to the report and recommendation on June 9, 2010; and plaintiff Nationwide Mutual Insurance Company filed objections to the report and recommendation on June 10, 2010.

After careful consideration of the record in this case, the magistrate judge's report and recommendation and the parties' objections thereto, the court hereby

ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge, and it is, therefore,

ORDERED, ADJUDGED and DECREED that the Motion for Summary Judgment filed by plaintiff Nationwide Mutual Insurance Company (Doc. #31) is due to be and hereby is DENIED. It is further ORDERED, ADJUDGED and DECREED that the Motion for Summary Judgment filed by defendant East Lake Electric Co., Inc., (Doc. #33) is due to be and hereby is DENIED. This case will be set for a jury trial at a later date by separate order.

DONE this 16th day of June 2010.

*signature*

INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE